CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Roberto Romero-Salas**<br>YOB: 1991; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**20-00497 MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about July 30, 2020, at or near Vail, in the District of Arizona, **Roberto Romero-Salas**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on September 27, 2012, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Roberto Romero-Salas** is a citizen of Mexico. On September 27, 2012, **Roberto Romero-Salas** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On July 30, 2020, agents found **Roberto Romero-Salas** in the United States at or near Vail, Arizona, without the proper immigration documents. **Roberto Romero-Salas** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>LMG2/AJC<br>AUTHORIZED AUSA /s/ Liza Granoff | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 31, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54